107 F.3d 6
 Thomas A. Burke, William F. Burke, Jr., William F. Burke,
Sr., Modular Development Corporation
v.
Phyllis Ford, as Contract Administrator for Office of
Housing and Community Development of City of Philadelphia,
W. Wilson Goode, as Mayor of City of Philadelphia, Arvelle
Jones, as Director of Operations, Raymond Kahn, as Contract
Auditor, Deborah McColloch as Contract Administrator, of
Office of Housing and Community Development of City of
Philadelphia, Vernon
 NO. 96-1306
 United States Court of Appeals,
 Third Circuit.
 Jan 24, 1997
 Appeal From: E.D.Pa. No. 92-cv-05811
 
 1
 Affirmed.